IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

OLOPADE OLA OYEYEMI,

    Petitioner,

v.                              CASE NO.  4:11cv145-SPM/WCS

ERIC H. HOLDER, JR., et al.,

    Respondents.
_____/

## **ORDER**

THIS CAUSE comes before the Court on the magistrate judge's report and recommendation dated June 30, 2011.  Doc. 27.  Petitioner has been furnished a copy and has filed objections pursuant to Title 28, United States Code, Section 636(b)(1).  Doc. 9.  Despite the objections, I have determined that the report and recommendation is correct and should be adopted.  Accordingly, it is

    ORDERED AND ADJUDGED:

    1.    The magistrate judge's report and recommendation (doc. 27) is ADOPTED and incorporated by reference in this order.

    2.    The petition for writ of habeas corpus (doc. 1) filed by Olopade Ola Oyeyyemi pursuant to 28 U.S.C. § 2241 is denied because the petition was filed

prematurely and because Petitioner has acted to prevent his removal from the United States.

    DONE AND ORDERED this 14th day of July, 2011.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        Senior United States District Judge